IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC BEGEMAN, et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 1:16-CV-2996-TCB |
| STERLING BANK SERVICES, INC., | |
| Defendant. | |

## ORDER AND JUDGMENT

This case is presently before the Court on the parties' joint motion for approval of FLSA settlement. After reviewing the settlement agreement the Court GRANTS the motion (Doc. 33). The settlement agreement of the parties is approved, and the terms of the parties' agreement are hereby incorporated into this Order as the stipulated Judgment in this case. Plaintiffs' claims are DISMISSED with prejudice.

**SO ORDERED** this 1st day of June, 2017.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE